PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSAMA ZAGHLOUL,<br><br>              Plaintiff,<br><br>v.<br><br>KAREN KING, in her official capacity as Consul General, United States Embassy London, *et al.*,<br><br>             Defendants. | C 5:24-cv-09390-SVK<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

    The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 7, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this action seeking adjudication of Plaintiff's visas. The U.S. Embassy in London ("Embassy") refused Plaintiff's applications under 8 U.S.C. §1182(g). The parties have conferred and agree to stay the proceedings in this case for a limited time to allow time for a potential re-adjudication of Plaintiff's visa applications. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 7, 2025, at which time the parties will file a joint status report with the Court.

At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 7, 2025

Respectfully submitted[1],

PATRICK D. ROBBINS
Acting United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney

Attorneys for Defendants

Dated: March 7, 2025

 /s/ Jennifer Nimer
JENNIFER NIMER
Nimer Law LLC

 /s/ Paris Etemadi Scott
PARIS ETAMADI SCOTT
Pars Equality Center

Attorneys for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 7, 2025

HON. SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.